

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-78,113-01

### EX PARTE HUMBERTO GARZA

### ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS FROM CAUSE NO. CR-3175-04-G IN THE 370TH JUDICIAL DISTRICT COURT HIDALGO COUNTY

*Per curiam.*

### O R D E R

The above styled and numbered cause is before this Court on an application for a writ of habeas corpus in Cause No. CR-3175-04-G from the 370th District Court of Hidalgo County.

The Court requests that all ex parte motions filed pursuant to Texas Code of Criminal Procedure Art. 11.071, Sec. 3 (b), be forwarded to this Court under seal. *See* Tex. R. App. P. Appendix C 1.3(f). Pursuant to Texas Rules of Appellate Procedure 34.5(c)(1), the District Clerk of Hidalgo County is ordered to file a supplemental Clerk's Record with the Clerk of this Court on or before the 12th day of February, 2016.

IT IS SO ORDERED THIS THE 25th DAY OF JANUARY, 2016.

En banc
Do not publish